# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00191-CV

**Ignacio Vega-Chavez, Appellant**

**v.**

**A&B Logistics, Inc.; Ra'Son Austin; and FedEx Corporation, Appellees**

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-25-001432, THE HONORABLE CORY LIU, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

PER CURIAM

This is an interlocutory appeal of an order granting a special appearance by FedEx Corporation and dismissing it from the suit. Appellant has moved for an abatement of this appeal while in the trial court he pursues his motion for reconsideration of the order granting the special appearance and the dismissal. FedEx has responded to Appellant's motion for the abatement to indicate that it is not opposed to the abatement.

We therefore abate this appeal to provide Appellant additional time to obtain a ruling on his motion for reconsideration. We instruct the trial-court clerk to prepare a supplemental record containing the trial court's ruling on the motion, if any. We instruct Appellant to file a motion to reinstate the appeal, a motion to extend the abatement, or a report advising us of the

status of the case no later than April 27, 2026.  *See Mustafa v. Asim*, No. 03-23-00018-CV, 2023 WL 3984211, at *1 (Tex. App.—Austin June 14, 2023, order & mem. op.).

It is ordered on April 3, 2026.

Before Justices Triana, Kelly, and Ellis

Abated

Filed:   April 3, 2026